# UNITED STATES BANKRUPTCY COURT

# FOR THE

# EASTERN DISTRICT OF VIRGINIA

In Re:  
Jorge L. Agurto                                    Case # 06-10989-SSM

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                              AMOUNT

JORGE L. AGURTO                                    $10.00  
2475 Freetown Dr.  
Reston, VA 20191

Dated:      August 27, 2010            __/s/Thomas P. Gorman _____  
                                       Thomas P. Gorman  
                                       300 North Washington Street, Ste. 400  
                                       Alexandria, VA 22314  
                                       (703) 836-2226  
                                       VSB#26421